# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-25-00318-CV

**In re Robert Kuehler**

## ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

We overrule relator's May 30, 2025, motion for rehearing; withdraw the opinion issued on May 21, 2025; and substitute the following.

Relator has filed a petition for writ of mandamus complaining of the trial court's March 7, 2025 order granting the real party in interest's motion for mistrial. Having reviewed the petition and the record provided, including the reporter's record received on May 22, 2025, and filed on August 8, 2025, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: August 14, 2025